■ David Brady, Respondent, v. Village of Herkimer, Appellant.— Judgment and order reversed on the law and facts, without costs of this appeal to either party, and a new trial granted. See Memorandum filed in companion case of *Brady* v. *Village of Herkimer* (3 A D 2d 974). All con-

cur. (Appeal from a judgment of Herkimer Trial Term for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.